### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWIN CHAPPABITTY, JR., M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-11-1443-R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

In accordance with the Order entered this 27th day of March, 2012, it is hereby

ORDERED, ADJUDGED and DECREED that this case is DISMISSED.

IT IS SO ORDERED this 27th day of March, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE